CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA,                                         Faiza Alhambra, AUSA

                Plaintiff,

  v.                                                                      Case No:   24-cr-20047-DDC-TJJ

TYLER BROWN,                                                     Ellen Comley, Retained

                Defendant.

| JUDGE: | Teresa J. James | DATE: | 5/23/2024 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | MEDIA /REPORTER: | Kelli Stewart |
| START TIME: | 1:37 pm | PROBATION: | Amanda Hudson |

PROCEEDINGS
☒ **Change of Plea -  32 minutes**          ☒ **Initial Appearance – 6 minutes**
☒ **Arraignment -  1 minute**
☒ **Charges and penalties explained to defendant**
☒ **Signed Waiver of Indictment** ☒ **Felony**
☒ **Constitutional Rights Explained**
☐ Defendant sworn/examined re: financial status (voucher)
☐ Counsel appointed

☒ **Waived Reading of:**          ☐ **Read to Defendant:**
      ☐ **Indictment**
      ☒ **Information  - 1 count**
☒ **Previous Plea of** ☐ **Guilty**    ☒ **Not Guilty**
☒ **Due Process Protections Act (Brady v. Maryland)**
☒ **Case Management Order will be issued by Magistrate Judge James.**
☒ **Petition to Enter Plea Filed**    ☒ **Plea Agreement Filed**
☒ **Plea of GUILTY as to count 1 accepted**
☐ Plea of NOT GUILTY as to counts
☒ **PSI Ordered**
☒ **Release Order executed** ☒ **Continued on Release**
☐ Remanded to Custody
☒ **Sentencing set for August 22, 2024 at 1:30 PM in courtroom 476 before Judge Crabtree.**

☒ **OTHER:  Consent to proceed before Magistrate Judge executed in open court. Government does not seek detention. Order Setting Conditions of Release executed in open court.**